dressing table, and conceded that the boxes could be used for stamps. The examiner and a clerk in the appraiser's office stated they did not know of what metal these boxes were made or the nature of the plating on them. The metal box in question, the court stated, is ejusdem generis with many of the articles eo nomine provided for in said paragraph 1527 (c). The only testimony offered tends to support the collector's classification. On the meager record presented the protests were overruled. Levy Corp. v. United States (12 Ct. Cust. Appls. 181, T. D. 40168), Gallagher v. United States (6 id. 105, T. D. 35343), and Hensel v. United States (6 id. 162, T. D. 35434) cited.

No. 49472.—Protest 25782–K/12064 of F. W. Woolworth Co. (New Orleans).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the figures in question are in chief value of lead, not plated, similar to those the subject of United States v. Woolworth (28 C. C. P. A. 196, C. A. D. 145), which record was incorporated herein, the claim that they are dutiable at 3 cents per. pound, but not less than 22½ nor more than 45 percent ad valorem, under paragraph 397 as amended by the United Kingdom Trade Agreement, was sustained.

No. 49473.—Protest 47410–K of F. W. Woolworth Co. (Philadelphia).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the figures in question are in chief value of lead, not plated, similar to those the subject of United States v. Woolworth (28 C. C. P. A. 196, C. A. D. 145), which record was incorporated herein, the claim that they are dutiable at 3 cents per pound, but not less than 22½ nor more than 45 percent ad valorem, under paragraph 397 as amended by the United Kingdom Trade Agreement, was sustained.

No. 49474.—Protest 47465–K of F. W. Woolworth Co. (Baltimore).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the figures in question are in chief value of lead, not plated, similar to those the subject of United States v. Woolworth (28 C. C. P. A. 196, C. A. D. 145), which record was incorporated herein, the claim that they are dutiable at 3 cents per pound, but not less than 22½ nor more than 45 percent ad valorem, under paragraph 397 as amended by the United Kingdom Trade Agreement, was sustained.

No. 49475.—Protests 99020–K, etc., of Theo. L. Stern & Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 7, 1944

No. 49476.—Petition 6374–R of N. Geraci & Co. (Tampa).

Opinion by TILSON, J. At the trial an employee of the petitioner who handles all its customs transactions testified that he made each of the entries and the only information he had was invoices of previous shipments. He stated he had had